UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE ZARZUELA,

                Plaintiff,

                                                                 22 civ 10874 (JGK)

       -against-

KITCHEN STADIUM, INC.,

                Defendant.
-----------------------------------------------------------X

## ORDER

An application for default already having been submitted,

The conference scheduled for April 20, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                                               */s/ John G. Koeltl*
                                                          **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 10, 2023