```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE ZARZUELA,

                Plaintiff,

      - against -

KITCHEN STADIUM INC.,

                Defendant.

22-cv-10874 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **May 15, 2023.**

SO ORDERED.

Dated:    New York, New York
            May 1, 2023

                                              John G. Koeltl
                                     United States District Judge