```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JOSE ZARZUELA,

                Plaintiff,

   - against -

KITCHEN STADIUM INC.,

                Defendant.

------------------------------------

22-cv-10874 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are reminded that the Court directed them to file a Rule 26(f) report by May 15, 2023. The parties shall file the report by **May 26, 2023.**

**SO ORDERED.**

Dated:   New York, New York
           May 22, 2023

                                    _____
                                        John G. Koeltl
                                United States District Judge