UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ZARZUELA,

                Plaintiff,

      - against -

KITCHEN STADIUM INC.,

                Defendant.

22-cv-10874 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court reminds the parties for the third time (ECF Nos. 20, 21) of their obligation to file a Rule 26(f) report. They shall do so by **Monday, June 5, 2023.** Failure to do so by that date will result in this case being dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            May 31, 2023

                                        _____
                                            John G. Koeltl
                                       United States District Judge